**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Stephen Fisch, et al.,

        Plaintiffs,                  Civil 10-1431 (RHK/FLN)

vs.                             **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Wyeth LLC,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2010

                                                      s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge